**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-03396 JAK (SHx) | Date | July 17, 2013 |
| Title | Martin Vogel v. OfficeMax North America, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On July 12, 2013, Plaintiff filed "Joint Notice of Settlement" (Dkt. 13). The Court sets an Order to Show Cause re Dismissal for September 9, 2013 at 1:30 p.m. If the parties file a dismissal by September 3, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The September 23, 2013 Scheduling Conference is vacated.

**IT IS SO ORDERED.**

 : 

Initials of Preparer    ak